Case 10-52460   Filed 02/07/11   Doc 32

FILED
February 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003263709

Eliza Ghanooni (SBN 252063 )
**Price Law Group, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorneys for Debtors
Karen S. Jackson

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>KAREN S. JACKSON,<br><br>Debtors | Case No: 10-52460-B-13J<br><br>Docket Control No.: PLG-1<br><br>Chapter 13<br><br>Date: March 22, 2011<br>Time: 9:32 AM<br>Place: 501 I Street, Sacramento, CA<br>Department B, Courtroom 32,<br>6th Floor |

# MOTION TO VALUE COLLATERAL OF THE SECOND LIEN OF JP MORGAN CHASE BANK, NA (FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, SERVICED BY GMAC, LLC)

Debtor, Karen Jackson, by and through their attorney of record, move the Court herein to value the collateral securing Debtors' indebtedness on the second lien of JP Morgan Chase Bank, NA (formerly known as Washington Mutual Bank, serviced by GMAC Mortgage, LLC) to wit the second deed of trust on the Debtor's real property located at 4500 U Street, Sacramento CA 95817. This motion is based on the following:

1. The Debtors value the collateral at $285,000.00 with the balance of the loan to be treated as general unsecured, Class 7.

2. Against the property is a first Deed of Trust issued by GMAC Mortgage, LLC (formerly known as Homecomings Financial Network, Inc.)See Exhibit "B."

3. Against the property there is a second deed of trust in favor of JP Morgan Chase Bank, NA (formerly known as Washington Mutual Bank, serviced by GMAC Mortgage, LLC) See Exhibit "D."

4. According to a full appraisal report, the Real Property had a value of $285,000.00 as of December 3, 2010. See Exhibit "E." Please refer to the Declaration of Robert McClure filed herewith.

5. The total amount of unavoidable liens on the real property is $349,938.82, far more than the fair market value of $285,000.00.

| | |
|---|---|
| Fair Market Value | $285,000.00 |
| First Deed of Trust | $317,642.14 |
| Net Equity (Negative) | ($32642.14) |

Therefore there is insufficient equity to secure the second deed of trust.

## POINTS AND AUTHORITIES

Debtors may testify regarding the value of the property owned by the Debtors and have done so through the Schedules and Plan.  Fed. R. Evid. 701: <u>So. Central Livestock Dealers, Inc. v. Security State Bank,</u> 614 F.2d 1056, 1061 (5th Cir. 1998).

An adversary complaint is not necessary to value this collateral.  In re Laskin 98 D.A.R. 8483 (B.A.P. 9th Cir. 1998).

Based on the foregoing, Debtors respectfully request that this Motion be granted.

Dated: February 3, 2010

Eliza Ghanooni
Attorney for Debtors

-1-