FILED
March 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D62

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Karen Sue Jackson | **Case No :** 10−52460 − B − 13J |
| | **Date :** 3/22/11 |
| | **Time :** 09:32 |

**Matter :** [32] − Motion/Application to Value Collateral of JP Morgan Chase Bank, NA [PLG−1] Filed by Debtor Karen Sue Jackson (jgis)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. $0.00 of JPMorgan Chase Bank's claim secured by the second deed of trust on real property located at 4500 U Street, Sacramento, CA 95817 ("Property") is a secured claim, and the balance of its claim is an unsecured claim.

Dated: March 25, 2011

By the Court

*Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court